# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2520
LT Case No. 2015-CF-3131-A

_____

LILBURTIE JAY WILLIS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On Appeal from the Circuit Court for Seminole County.
William S. Orth, Judge.

Aubrey Webb, of the Law Offices of Aubrey Webb, P.A., Coral
Gables, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

November 21, 2023

PER CURIAM.

   AFFIRMED.

EDWARDS, C.J., LAMBERT and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____